# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

CHARLES R. TAYLOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

Case No. CIV-07-068-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 10, 2009, Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 26th day of March, 2009.

**Dated this 26th Day of March 2009.**

                                                              Ronald A. White
                                                              United States District Judge
                                                               Eastern District of Oklahoma

j4h4i0